IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 1:16-CV-2402-ELR |
| | ) |
| $12,200.00 IN UNITED STATES CURRENCY, | ) |
| | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On or about January 28, 2016, agents with the Drug Enforcement Administration ("DEA") seized $12,200.00 (the "Defendant Currency") from a residence located in Gwinnett County, Georgia.

On July 1, 2016, the United States filed a Complaint for Forfeiture against the Defendant Currency pursuant to 21 U.S.C. § 881(a)(6) [Doc. 1].

Pursuant to Rule G(4)(b), the United States served notice of the forfeiture action and copies of the Complaint for Forfeiture and Warrants of Arrest on all persons who reasonably appeared to be a potential claimant to the Defendant Currency. [Docs. 4-6.] Pursuant to Rule G(4)(a)(iv)(C), the United States posted notice of the forfeiture on an official government internet site

(www.forfeiture.gov) for at least 30 consecutive days, starting on July 14, 2016. [Doc. 3.]

On August 2, 2016, Maria Divina Sotelo filed a Verified Claim and asserted sole ownership interest in the Defendant Currency. [Doc. 8.]  Claimant Maria Divina Sotelo and the United States have entered into a Stipulation of Final Settlement and Release of All Claims, the terms of which are hereby incorporated into this final order. [Doc. 9.]

WHEREFORE, the Court hereby finds that the United States has furnished due and legal notice of this proceeding as required by statute, and that the only claimant in this action, Maria Divina Sotelo, has entered into a settlement agreement with the United States.

Therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. The United States shall release $7,200.00 of the Defendant Currency. The $7,200.000 shall be returned to Maria Divina Sotelo via a wire transfer.

2. A Final Judgment of Forfeiture is hereby entered in favor of the United States against the sum of $5,000.00 of the Defendant Currency.

3. Maria Divina Sotelo shall not be entitled to receive any further payment from the United States.

4. The parties shall be responsible for payment of their own expenses, including attorneys fees incurred in connection with this proceeding.

5.   This case shall be closed.

SO ORDERED, this ___7th___ day of September, 2016.

*Eleanor L. Ross*
ELEANOR L. ROSS
United States District Judge
Northern District of Georgia